FILED

JAN 23 2014

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. |
| --- | --- | --- |
| | ) | (Related to Criminal Case |
| | ) | 14MJ0258 |
| Plaintiff, | ) | 13CR4527-MMA) |
| | ) | |
| v. | ) | **MATERIAL WITNESS COMPLAINT** |
| | ) | |
| RAFIK PETROSYAN. | ) | Title 18, U.S.C., Section 3144 |

The undersigned complainant, being duly sworn, states:

Beginning on or about October 24, 2013, and continuing through on or about November 1, 2013, within the Southern District of California, defendant Varduhi AVAGYAN (charged under criminal case number 13CR4527), with the intent to violate the immigration laws of the United States, did knowing and in reckless disregard of the fact that an alien, namely Rafik PETROSYAN, had not received prior official authorization to come to, enter and reside in the United States, did aid and abet said alien to come to, enter, or reside in the United States for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

The above named material witness is a citizen and national of Armenia with no legal right to enter or remain in the United States of America, and has no apparent means, with no legal right to enter or remain in the United States. Affiant further alleges that his presence is required as a material witness in order to prosecute the case against Varduhi AVAGYAN.

//

//

//

//

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Thomas B. Haid
Special Agent
Homeland Security Investigations


SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **23rd** DAY OF **January 2014.**


_____
HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE



# PROBABLE CAUSE STATEMENT

The complainant states that he believes that Rafik PETROSYAN is a citizen of a country other than the United States, that said alien has admitted that he is deportable as defined in Title 8, United States Code, Section 1229, that it is impracticable to secure his attendance at the trial thereof by subpoena, that he is a material witness, and should be held or admitted bail pursuant to Title 18, United States Code, Section 3144.

On November 1, 2013, Defendant Varduhi Avagyan ("Defendant") was arrested for attempting to bring in two illegal aliens, namely Petros KHRIMYAN ("MW1") and Arman SAHAKYAN ("MW2"), into the United States through the San Ysidro, California Port of Entry ("POE") using immigration documents belonging to other persons. The case, 13CR4527-MMA, is pending in U.S. District Court in the Southern District of California. Post-arrest, MW1 and MW2 implicated Defendant as a person facilitating their illegal entry into the United States.

MW1 and MW2 each made the following statements regarding their smuggling event:

On or about October 24, 2013, MW1 and MW2 met Defendant and others at the airport in Yerevan, Armenia. Defendant assisted in procuring travel documents for MW1 and MW2 and accompanied them on a flight to Moscow, Russia.

On or about October 24, 2013, in the Moscow airport, Rafik PETROSYAN joined the group of Armenians seeking illegal entry into the United States led by Defendant. Along with others, the four traveled to Cancun, Mexico together on Aeroflot Flight 154 and arrived in Cancun the same day. Defendant assisted in the travel preparations from Moscow, Russia to Cancun, Mexico.

After approximately three days in Cancun, Defendant arranged for the group to travel to Tijuana, Mexico together. Outside of the Tijuana Airport, PETROSYAN told MW1 and MW2 that he was leaving the group to surrender to the U.S. authorities.

On October 29, 2013, PETROSYAN applied for admission into the United States at the San Ysidro POE with no entry documents. He was arrested and subsequently requested asylum. PETROSYAN was interviewed and is held in Department of Homeland Security custody, pending his asylum hearings.